IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN D. ROBINSON,<br><br>       Plaintiff,<br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>       Defendant. | Case No.: 6:23-cv-00592-AN<br><br><br>ORDER |

       Pursuant to the parties' Stipulated Application for Fees, ECF [17], it is hereby ORDERED that attorney fees in the amount of $9,002.01 are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  The award will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

       If plaintiff has no such debt, then the award shall be made by check payable and mailed to plaintiff's attorney as follows: Katherine L. Eitenmiller, WELLS, MANNING, EITENMILLER & TAYLOR P.C., 474 Willamette Street, Eugene, Oregon 97401.  If plaintiff has such debt, then the check for any remaining funds after offset shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

       DATED this 9th day of July, 2024.

                                                                              _____
                                                                             Adrienne Nelson
                                                                             United States District Judge